# EXHIBIT C



**SCARINCI & HOLLENBECK, LLC**
*Attorneys at Law*

1100 VALLEY BROOK AVENUE
P. O. Box 790
LYNDHURST, NEW JERSEY 07071-0790
VOICE: (201) 896-4100
FAX: (201) 896-8660

2 PARAGON WAY
FREEHOLD, NEW JERSEY 07728
VOICE: (732) 780-5590
FAX: (732) 462-0385

107 GRAND STREET, 4TH FLOOR
NEW YORK, NEW YORK 10013
VOICE: (212) 546-9255
FAX: (212) 483-0876

www.njlegalink.com

DONALD SCARINCI
KENNETH J. HOLLENBECK
ROBERT E. LEVY
VICTOR E. KINON
PATRICK J. MCNAMARA
ANDREW L. INDECK
JOHN M. SCAGNELLI
JOEL R. GLUCKSMAN
JOSEPH A. FERRIERO
MATTHEW J. GIACOBBE
JOSEPH M. DONEGAN
FRED D. ZEMEL
THEODORE A. SCHWARTZ
THOMAS J. CAFFERTY
SHARON L. WEINER
MARK K. FOLLENDER
MITCHELL L. PASCUAL
FRANK L. BRUNETTI
JOSEPH W. OXLEY

RICHARD M. SALSBERG (1945-2005)

PLEASE REPLY TO:
LYNDHURST

Of Counsel
NOMI IRENE LOWY
MICHAEL R. WASSERMAN

Counsel
SANDRA T. AYRES
JOHN P. LIBRETTI III
SHERI K. SIEGELBAUM
ROBIN T. MCMAHON
WILLIAM C. SULLIVAN JR.
MITCHELL B. JACOBS
WILLIAM A. BAKER
SEAN D. DIAS
MARK J. SEMERARO
KATHLEEN J. DEVLIN
MICHAEL A. CIFELLI
FRANK P. KAPUSINSKI
CHRISTINE M. VANEK
PARTHENOPY A. BARDIS

Associates
JACQUELIN P. GIOIOSO
ALLEN SAFRIN
JOHN HAVRILCHAK
ANTHONY P. SEIJAS
THOMAS A. SEGRETO
BRUCE W. PADULA
KARA A. KACZYNSKI
RAMON E. RIVERA
THOMAS H. PROL
ANTHONY M. ORLANDO
ADAM S. ABRAMSON
CRAIG R. AVINO
JOHN P. FAZZIO
LAURA M. MILLER
TRISTAN W. GILLESPIE
DAVID J. GITTINES
LAUREN E. JAMES

WRITER DIRECT DIAL:
201-623-1237

March 25, 2008

**VIA FEDERAL EXPRESS OVERNIGHT**
Vern S. Bothwell, Esq.
Jones Bothwell Dion & Thompson, LLP
44 Montgomery Street, Suite 610
San Francisco, CA 94104-4608

  Re: Bachman Software and Services, LLC v. Intouch Group, Inc.
    Our File No.: 8666.4000

Dear Mr. Bothwell:

  This is to confirm our March 24, 2008 telephone conversation in which you agreed that you are authorized and willing to accept service on behalf of intouch Group, Inc. of the Complaint filed in the above-captioned matter. Enclosed please find the summons and Complaint, which were filed in the Superior Court of New Jersey, Sussex County,

  If you have any questions or would like to discuss this matter, please call.

           Very truly yours,

           *Nomi I. Lowy* /s/
           NOMI I. LOWY
           For the Firm

NIL/aka
Encl.
cc: Glenn Bachmann (w/o encl.) – via regular mail

{00368934.DOC}