## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the **NOTICE OF REMOVAL** was served by hand delivery this 25th day of April, 2008, as follows:

Thomas J. Cafferty
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, New Jersey 07071-0790

                                                  s/ Katie A. Gummer
                                                  Katie A. Gummer