KATIE A. GUMMER
MCCARTER & ENGLISH, LLP
Four Gateway Center
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

KENNETH E. KELLER (*pro hac vice* application to be submitted)
ANNE E. KEARNS (*pro hac vice* application to be submitted)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendant INTOUCH GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BACHMANN SOFTWARE & SERVICES, LLC, | ) | |
| | ) | 08 Civ. _____ |
| Plaintiff, | ) | |
| | ) | **CORPORATE DISCLOSURE** |
| v. | ) | **STATEMENT OF** |
| | ) | **DEFENDANT INTOUCH** |
| INTOUCH GROUP, INC. | ) | **GROUP, INC.** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Intouch Group, Inc. through its attorneys, McCARTER & ENGLISH, LLP, hereby discloses that it is not owned by any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  April 25, 2008    Respectfully submitted,


    ___s/ Katie A. Gummer_____
    Katie A. Gummer
    McCarter & English, LLP

ME1 7314059v.1