Katie A. Gummer, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
KG-1349

Kenneth E. Keller (CSBN 71450) (admitted *pro hac vice*)
Anne E. Kearns (CSBN 183336) (admitted *pro hac vice*)
Krieg, Keller, Sloan, Reilley & Roman, LLP
114 Sansome Street
Fourth Floor
San Francisco, CA 94114
(415) 249-8330

Attorneys for Defendant
Intouch Group, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BACHMANN SOFTWARE & SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>INTOUCH GROUP, INC.,<br><br>Defendant. | Civil Action No. 2025-08 (KSH)<br><br>**AFFIDAVIT OF PATTY MACLEOD IN SUPPORT OF DEFENDANT INTOUCH GROUP, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER** |

STATE OF CALIFORNIA :
: ss.
COUNTY OF ALAMEDA :

**PATTY MACLEOD**, of full age, being duly sworn according to law, upon her oath, deposes and says:

1.  I am the Director, Administration of Defendant Intouch Group, Inc. ("Intouch"). I am fully familiar with the facts set forth herein, and submit this Affidavit in support of Intouch's Motion To Dismiss Complaint For Lack of Jurisdiction (FRCP 12(B)(2)), or in the Alternative to Transfer for Want of Jurisdiction (28 U.S.C. § 1631), or in the Alternative to Transfer for Convenience (28 U.S.C. §1404(A)).

2.  Attached hereto as Exhibit A is a true and correct copy of an email I received from Glen Bachmann dated July 19, 2007.

*Patty MacLeod* (signature)
Patty MacLeod

Subscribed and sworn to
before me this 26th day
of June, 2008

*(Notary signature)*



JUDITH GOTTESMAN
Commission # 1767669
Notary Public - California
Los Angeles County
My Comm. Expires Oct 11, 2011

87849                    1

EXHIBIT A

# REDACTED

--- On **Thu, 7/19/07, Glenn Bachmann** <*glenn@bachmannsoftware.com*> wrote:

From: Glenn Bachmann <glenn@bachmannsoftware.com>
Subject: Monthly visits / travel planning
To: patty@intouchgroup.com
Date: Thursday, July 19, 2007, 12:38 PM

Hi Patty,
Thanks for all the help with my travel the past few days, you made everything so very easy!
I think you probably heard - I agreed with Carlos and the team that it would be productive for me to plan on being out there every month for a couple of days each to get some focused onsite time with InTouch. I'd like to start planning some dates for the next 3 visits and get them into my calendar.
1.
 August. Diana and I looked at the dev plan and from a development team perspective it looks like the most productive date in August to be out there would be the week of August 13th. That would coincide with an important planning meeting we are having, and we felt it would be best for me to be there in person for that.
2. September. I am pretty open for this month, I will discuss with the team what week might be optimal
3. October. If possible I would like to plan on being out there for Monday October 22nd and 23rd. I am a coach for a charity running organization called Team In Training (www.teamintraining.org, they support the fight against leukemia & lymphoma), and I am planning to be out there coaching our
runners to finish the Nike Womens Marathon which is Sunday the 21st in San Francisco. So the timing would be perfect for me to simply stay out there and be with InTouch the following couple of
 days.
In terms of booking the travel, would you rather me just book it and then have you reimburse, or is there some advantage to you booking it on your end? Either way is fine for me, just let me know.
Finally, I gave you my hotel statement from the doubletree but was in such a rush I did not get a chance to explain - I believe doubletree put the charges on my credit card rather than yours, and they had a power outage on Wednesday morning so they were not able to look into switching the charges - so I will need to put in for that expense to you. The hotel charge for the first night I believe was charged directly to your account, so that one is fine.
All the best,
Glenn